Ralph P. Guenther [SBN 124245]
DOUGHERTY & GUENTHER, APC
601 S. Main Street
Salinas, CA 93901
Telephone: 831.783.3440
Facsimile: 831.796.0390
Email: rguenther@montereylaw.com

Attorneys for Debtor
STAR MALLORY

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>STAR MALLORY<br><br>        Debtor.<br>_____/ | Case No. 15-53039-MEH<br><br>Chapter 11<br><br>**Hearing Information:**<br><br>Date:    October 29, 2015<br>Time:   10:30 a.m.<br>Place:   U.S. Bankruptcy Court<br>           Room 3020<br>           280 South First Street<br>           San Jose, CA 95113<br>Judge:  Hon. M. Elaine Hammond |

**STATUS CONFERENCE STATEMENT**

STAR MALLORY, Debtor herein, reports as follows:

This is a Chapter 11 case filed on behalf of Star Mallory on September 23, 2015. Debtor filed a Chapter 13 Petition on March 13, 2015, to enjoin pending state court litigation filed against the Debtor and others. Her case was dismissed on August 25, 2015, on a finding that she did not qualify for relief under Chapter 13 under section 109(e). Debtor than decided to file under Chapter 11 while the dismissal order is under appeal.

1

1. Brief Statement of objectives and means by which we hope to achieve them: Debtor intends to object to the claim of Sterling Pacific, the Plaintiff in the state court lawsuit referenced above. Sterling Pacific filed an unsecured proof of claim in Debtor's prior Chapter 13 case in the amount of $1,091,947.65. If debtor does not prevail on the objection to claim, Debtor intends to file a plan which will provide for payment of her disposable monthly income for a period of five years to pay allowed claims. Priority and secured claims will be paid in full. Unsecured claims will receive a percentage based on Debtor's disposable income.

2. Anticipated date for filing of plan and disclosure statement: Debtor intends to file a combined plan and disclosure statement on or before 120 days from the date of the order for relief. Debtor reserves the right to seek an extension of the date pursuant to 11 U.S.C. section 1121(d).

3. Status of Monthly Operating reports and debtor-in possession accounts: Debtor has established a Debtor-in-Possession account at Wells Fargo Bank. The case was commenced after the 20th day of the month, the first monthly operating report will be filed on or before November 20, 2015.

4. Statement regarding status of insurance of the debtor's assets: 2012 Honda Civic - The insurance is through Infinity Insurance Company. The policy number is: 104-60078-3628-001 and expires February 22, 2016. A copy has been provided to the case analyst.

5. Status of required post-petition payments to taxing authorities: Debtor makes estimated tax payments to the IRS and FTB. She is current with her estimated tax payments.

6. Status on retention of professionals in the case: Debtor filed an Application to Employ Attorneys on October 6, 2015. The Order Authorizing Employment of Attorneys was entered on October 15, 2015. The United States Trustee has requested that Debtor's counsel supplement the representations filed in support of the Application. Debtor's counsel will file the supplement prior to the Status Conference.

7. Whether debtor has met requirements for using cash collateral and obtaining credit: There are no creditors with an interest in cash collateral nor does Debtor intend to obtain credit.

8. Any orders in the case regarding the automatic stay: Debtor will be entering into an adequate protection order with Honda Finance in order to make monthly adequate protection

payments on the loan secured by her 2012 Honda Civic.

9. Aside from a loan with Honda Finance secured by Debtor's 2012 Honda Civic, Debtor is not a party to any executory contracts or unexpired leases.

10. Any unusual developments or events that have occurred or are expected to occur in the case. Depending on the outcome of the appeal, Debtor may seek to reinstate her Chapter 13 case.

Dated: October 22, 2015                    DOUGHERTY & GUENTHER, APC


                                       */s/ Ralph P. Guenther*
                                       Ralph P. Guenther