1  Ralph P. Guenther [SBN 124245]
   DOUGHERTY & GUENTHER, APC
2  601 S. Main Street
   Salinas, CA 93901
3  Telephone:    831.783.3440
   Facsimile:    831.796.0390
4  Email: rguenther@montereylaw.com

5  Attorneys for Debtor
   STAR MALLORY

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re: | Case No. 15-53039-MEH |
| STAR MALLORY | Chapter 11 |
| Debtor. | **Hearing Information:** |
| | Date: April 21, 2016 |
| | Time: 10:30 a.m. |
| | Place: U.S. Bankruptcy Court |
| | Room 3020 |
| | 280 South First Street |
| | San Jose, CA 95113 |
| | Judge: Hon. M. Elaine Hammond |

**STATUS CONFERENCE STATEMENT**

STAR MALLORY, Debtor herein, through her attorney of record, reports as follows:

This is a Chapter 11 case filed on behalf of Star Mallory on September 23, 2015. Debtor filed a Chapter 13 Petition on March 13, 2015, to enjoin pending state court litigation filed against the Debtor and others. Her case was dismissed on August 25, 2015, on a finding that she did not qualify for relief under Chapter 13 under section 109(e). Debtor than decided to file under Chapter 11 while the dismissal order is under appeal. Debtor has since withdrawn the appeal.

1. Brief Statement of objectives and means by which she hopes to achieve them: Debtor will have a combined plan/disclosure statement on file prior to the hearing with a hearing date set for tentative approval of the disclosure statement. The Plan will provide for payment of her monthly disposable income for a period of 5-7 years. It is anticipated that payments pursuant to the proposed plan will pay in full the IRS priority claim of $15,530.08, the American Honda Finance Corporation secured claim of $16,149.30, and pay a dividend to unsecured creditors of approximately 8.6%. [1] Debtor has been in discussions with Creditor Sterling Pacific regarding acceptable terms of a plan.

2. Anticipated date for filing of plan and disclosure statement: Debtor intends to file a combined plan and disclosure statement prior to the status conference hearing.

3. Status of Monthly Operating reports and debtor-in possession accounts: Debtor has established a Debtor-in-Possession account at Wells Fargo Bank. Debtor will be current with her Monthly Operating Reports by the date of the Status Conference.

4. Statement regarding status of insurance of the debtor's assets: 2012 Honda Civic - The insurance is through Infinity Insurance Company. The policy number is: 104-60078-3628-001. The policy has been renewed for another year.

5. Status of required post-petition payments to taxing authorities: Debtor makes estimated tax payments to the IRS and FTB. She is current with her estimated tax payments.

6. Status on retention of professionals in the case: The Order Authorizing Employment of Attorneys was entered on October 15, 2015.

7. Whether debtor has met requirements for using cash collateral and obtaining credit: There are no creditors with an interest in cash collateral nor does Debtor intend to obtain credit.

8. Any orders in the case regarding the automatic stay: Debtor and Honda Finance executed an agreed upon Adequate Protection Order whish was entered as Doc# 55 on March 3, 2016. Pursuant to the APO, Debtor has been making monthly adequate protection payments directly

---

[1] Only four claims have been filed.:

Claim 1.1 American Honda Finance Corp. for $16,149.30.
Claim 2-2 IRS for $19,615.08 [priority $15,530.08]
Claim 3-1 Sterling Pacific Lending, Inc. for $1,136,995.15
Claim 4-1 Wells Fargo Card Services for $1,167.00

2

STATUS CONFERENCE STATEMENT

to the creditor. Debtor is current on her adequate protection payments.

9. Aside from a loan with Honda Finance secured by Debtor's 2012 Honda Civic, Debtor is not a party to any executory contracts or unexpired leases.

10. Any unusual developments or events that have occurred or are expected to occur in the case. None.

Dated: April 11, 2016  DOUGHERTY & GUENTHER, APC


 */s/ Ralph P. Guenther*
Ralph P. Guenther
Attorney for Debtor-in-Possession,
STAR MALLORY

3

STATUS CONFERENCE STATEMENT